IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION


JAMES D. BROCK                                                                                    PLAINTIFF

V.                                                                    CIVIL ACTION NO. 1:15-CV-207-SA-DAS

MISSISSIPPI DEPARTMENT OF EDUCATION
CONSERVATORSHIP, and
ABERDEEN SCHOOL DISTRICT                                                          DEFENDANT


ORDER OF DISMISSAL

Pursuant to the Stipulation of Dismissal [24] filed by the Plaintiff and joined by all the

parties in this case, it is hereby ORDERED that this action be dismissed with prejudice, with each

party to bear its own costs. CASE CLOSED.

**SO ORDERED, this the 4th day of January, 2016.**


 **/s/       Sharion Aycock**_____
**UNITED STATES DISTRICT COURT JUDGE**